# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALETHA M. TYSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| **vs.** | ) | **2:13-cv-115-AKK** |
| | ) | |
| **PORTFOLIO RECOVERY ASSOC., LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court having been informed that this case has been amicably settled, *see* doc. 10, it is **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**.  This court shall retain jurisdiction over the parties until April 18, 2013, for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by April 18, 2013. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 19th day of March, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE